

STATE OF NEW YORK

OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

April 25, 2008

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

Via Fax (212)805-7948
Hon. Richard J. Holwell
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007



Re: Clarke v Cooke,
07CV8833(RJH)(FM)

Dear Judge Holwell:

This letter written on behalf of defendants, Corrections Officer Dawn Butler and Catherine A. Cook, former Superintendent at Bayview Correctional Facility ("Bayview"), respectfully to request until May 30th to respond to the pro se Section 1983 complaint by way of answer or motion to dismiss. Defendant Cook is currently the Superintendent at Otisville State Correctional Facility. Plaintiff is incarcerated in Albion Correctional Facility and alleges, among other things, that she was subjected to excessive use of force during an incident at Bayview on March 9, 2007.

Our records reflect that defendant Butler was served with the complaint on April 2, 2008 and Superintendent Cook was served on April 3rd. Both defendants are represented by our office. We are requesting until May 30th to respond to the complaint to allow our office to confer with out clients and obtain and review records from the New York State Department of Corrections ("DOCS") so that we may determine the appropriate response on behalf of our clients. Moreover, defendant Cook is on a training assignment at Willard Correctional Facility until May 16th. No previous requests have been made concerning the response date. I did not obtain plaintiff's consent prior to making this application because she is incarcerated.

Application Granted
SO ORDERED

USDJ 4/28/08

120 Broadway, New York, N.Y. 10271-0332 • Phone (212) 416-8610 • Fax (212) 416-6075 • Not For Service of Papers
http://www.oag.state.ny.us

Hon. Richard J. Holwell
United States District Judge
Southern District of New York        April 25, 2008            Page Two


                                        Respectfully submitted,

                                        Donald Nowve
                                        Assistant Attorney General
                                        (212) 416-8227

c.   Chandrica Clarke
     Plaintiff pro se
     06G0560
     Albion Correctional Facility
     3595 State School Road
     Albion, New York   14411